IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JENNELL STRAITS,   ) | |
| ) | |
| **Plaintiff,**   ) | |
| ) | No. 1:09-cv-396 |
| v.   ) | |
| ) | HON. ROBERT HOLMES BELL |
| PALISADES COLLECTION, LLC,   ) | |
| ) | |
| **Defendant.**   ) | |

### AGREED ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, the case is dismissed *without* prejudice and without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

/s/ Robert Holmes Bell

Hon. Robert Holmes Bell
United States District Judge

Dated: August 18, 2009